**Earl THOMAS, Movant,**

v.

**STATE of Missouri, Respondent.**

No. 64693.

Missouri Court of Appeals,
Eastern District,
Division One.

July 5, 1994.

Earl Thomas, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

PER CURIAM.

Movant, Earl Thomas, appeals from the dismissal of his motion for postconviction relief. Movant has previously filed a motion under Rule 29.15, which was denied after an evidentiary hearing. Following a consolidated appeal, this court denied his claims and affirmed the judgments. *State v. Thomas,* 830 S.W.2d 546 (Mo.App.E.D.1992). Although movant now purports to seek relief under Rule 74.06, in fact his motion is a successive Rule 29.15 motion.

Rule 29.15(k) prohibits successive Rule 29.15 motions. The trial court properly dismissed the motion.

■

**Shaundell WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 49083.

Missouri Court of Appeals,
Western District.

July 5, 1994.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and FENNER and HANNA, JJ.

***ORDER***

PER CURIAM:

Appeal from the dismissal of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).